OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE**

UNITED STATES POSTAGE
PITNEY BOWES

02 1R          $ 00.26⁵
0002003152     FEB 09 2015
MAILED FROM ZIP CODE 78701

2/4/2015

FEIST, HERBERT HERMAN   Tr. Ct. No. 39295-M                    WR-12,375-21

This Court has previously entered an order citing you for abuse of the writ of habeas corpus. The application for writ of habeas corpus filed by you in the Criminal District Court, received by this Court on Wednesday, January 21, 2015, does not satisfy the requirements for consideration set out in the order described above. Therefore, the Court will take no action on this writ.

Abel Acosta, Clerk

UTF

HERBERT HERMAN FEIST
JEFFERSON COUNTY CORRECTIONAL FACILITY
P. O. BOX 26007
BEAUMONT, TX 77720

N3B 77720